

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:    01-18-00993-CV

Style:    Massachusetts Bay Insurance Company, named as "Fictitious Party

Hanover Insurance Group (on Behalf of Massachusetts Bay Insurance

Company)" v. Newbern Brown Adkins, et al.

Date motion filed*:    April 24, 2019

Type of motion:    Fourth Motion for Extension of Time to File Appellees' Brief

Party filing motions:    Appellees' counsel Glen W. Morgan and John Werner

Document to be filed:    Appellees' Brief; Supplemental Clerk's Record

Is appeal accelerated?    No.

If motion to extend time:

    Original due date:    January 30, 2019

    Number of extensions granted:    3    Current Due Date:  May 1, 2019

    Date Requested:    May 31, 2019

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due:  May 31, 2019.

        ☒ **No further extensions of time will be granted.**

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other:  The Clerk of this Court's April 30, 2019 notice has requested that the district clerk file a supplemental clerk's record with the missing documents within 10 days. Accordingly, appellees' fourth motion for an extension of time to file their brief is **granted until May 31, 2019, but no further extensions will be granted**. If the supplemental clerk's record is not timely filed, appellees may put an uncertified copy of those documents in the appendix to their brief, with a footnote that the certified copies have been requested from the district clerk. *See* TEX. R. APP. P. 38.1(k)(2) ("The appendix may contain any other item pertinent to the issues or points presented for review.")

Judge's signature: ___/s/ Justice Evelyn V. Keyes_____

        x  Acting individually    ☐  Acting for the Court

Date: ___May 2, 2019___